ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
MAR 13 2018
By: JAMES N. HATTEN, Clerk
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CHARLES PELLETIER | Criminal Indictment<br><br>No.<br><br>1:18-CR-073 |

THE GRAND JURY CHARGES THAT:

On or about November 10, 2017, in the Northern District of Georgia and elsewhere, the defendant, WILLIAM CHARLES PELLETIER, while aboard an aircraft in the special aircraft jurisdiction of the United States, that is Delta Airlines Flight 4688, *en route* from Charlottesville, Virginia, to Atlanta, Georgia, did knowingly engage in sexual contact with S.L.C. by intentionally touching S.L.C's breast, directly and through her clothing, without S.L.C.'s permission, with intent to abuse, humiliate, harass, and degrade S.L.C., and to gratify his own sexual desires, in violation of Title 18, United States Code, Sections 2244(b) and 2246(3), and Title 49, United States Code, Section 46506(1).

A ___TRUE___ BILL

_____
FOREPERSON

BYUNG J. PAK
United States Attorney

PHYLLIS CLERK
Assistant United States Attorney
Georgia Bar No. 095325

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181